# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 19, 2021

## NO. 03-20-00527-CV

**M. J., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 119TH DISTRICT COURT OF RUNNELS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the order of termination signed by the trial court on October 23, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order of termination. Therefore, the Court affirms the trial court's order of termination. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.